UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

             Plaintiff,

     v.

14 STARS CORPORATION, et al.,

             Defendants.

Case No. 23-cv-00747-EJD

**ORDER TO SHOW CAUSE**

On November 2, 2023, the Court denied Plaintiff GS Holistic, LCC's motion for default judgment, finding that the Court could not conclude that Defendant 14 Stars Corporation ("14 Stars") was adequately served. ECF No. 26. Over three months have passed since the Court issued the order, and Plaintiff has not filed a proof of service showing adequate service of 14 Stars or Ahmad Alnajjar.

Accordingly, the Court hereby ORDERS Plaintiff to show cause why the Court should not dismiss this action for failure to effect timely service.

The Court will hold a show cause hearing on February 22, 2024, at 10 a.m., in 280 South 1st Street, 5th Floor, Courtroom 4, San Jose, CA 95113.

**IT IS SO ORDERED.**

Dated: February 16, 2024

Edward J. Davila
United States District Judge